| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)*      Chapter    **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **National Transportation Inc** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2872408** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **9525 Hillwood Dr. Ste. 170** <br> **Las Vegas, NV 89134** <br> Number, Street, City, State & ZIP Code <br><br> **Clark** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

Debtor  **National Transportation Inc**        Case number (*if known*) _____
          Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **National Transportation Inc**　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor **National Transportation Inc** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 22-10456-nmc    Doc 1    Entered 02/10/22 09:06:06    Page 4 of 14

| Debtor | **National Transportation Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2022**
              MM / DD / YYYY

X **/s/ James R. Gleich**                             **James R. Gleich**
Signature of authorized representative of debtor       Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ David J. Winterton**                    Date **February 10, 2022**
Signature of attorney for debtor                      MM / DD / YYYY

**David J. Winterton 004142**
Printed name

**David Winterton & Associates, LTD**
Firm name

**7881 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone **702-363-0317**    Email address **autumn@davidwinterton.com**

**004142 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **National Transportation Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9525 Hillwood LLC<br>1333 North Buffalo Drive, Suite 120<br>Las Vegas, NV 89128 | | Services Rendered | Disputed | | | $4,591.68 |
| Anthem Blue Cross and Blue Shield<br>PO BOX 51011 Los Angeles<br>Los Angeles, CA 90051 | | Services Rendered | Disputed | | | $5,214.71 |
| dBS (Bobby Gibson)<br>4053 Williford Way<br>Spring Hill, TN 37174 | | Services Rendered | Disputed | | | $27,895.00 |
| Fora Financial<br>519 8th Ave FL 11<br>New York, NY 10018 | | Business Loan | Disputed | | | $394,801.12 |
| John Kindt N/P<br>1417 Madrid Ave<br>Torrance, CA 90501 | | Services Rendered | Disputed | | | $101,175.76 |
| Ken Hancock N/P<br>640 Martis Peak Drive<br>Incline Village, NV 89451 | | Services Rendered | Disputed | | | $505,517.40 |
| Kindel Gagan<br>550 South Hope Street Suite 530<br>Los Angeles, CA 90071 | | Services Rendered | Disputed | | | $12,500.00 |
| Marc A. Jacobi & Associates<br>311 E Highway Street<br>Fredericksburg, TX 78624 | | Services Rendered | Disputed | | | $8,155.00 |

Debtor  **National Transportation Inc**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NewCo Capital**<br>80 Broad St Suite 3303<br>New York, NY 10004 | | **Services Rendered** | **Disputed** | | | $394,801.12 |
| **QUEST DIAGNOSTICS**<br>P.O. BOX 740351<br>Cincinnati, OH 45274 | | **Services Rendered** | **Disputed** | | | $6.01 |
| **Rice Reuther Sullivan & Carroll LLP**<br>3800 Howard Hughes Parkway Suite 1200<br>Las Vegas, NV 89169 | | **Services Rendered** | **Disputed** | | | $1,672.00 |
| **Rich Nolan**<br>2341 Old Ranch Rd<br>Escondido, CA 92027 | | **Services Rendered** | **Disputed** | | | $128.70 |
| **SDCRAA Ground Transportation**<br>PO Box 81323<br>San Diego, CA 92108 | | **Services Rendered** | **Disputed** | | | $440.03 |
| **T.J. Pantaleo**<br>PO Box 4300<br>Burbank, CA 91503 | | **Services Rendered** | **Disputed** | | | $281,451.84 |
| **Thomas & Josephine Herrschaft**<br>8 Whitney Cir<br>Glen Cove, NY 11542 | | **Services Rendered** | **Disputed** | | | $3,333.34 |
| **Zoom Video Communications**<br>55 Almaden Blvd 6th Floor<br>San Jose, CA 95113 | | **Services Rendered** | | | | $792.88 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **National Transportation Inc**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,500.00** |
   | Prior to the filing of this statement I have received | $ **2,500.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 10, 2022**
Date

**/s/ David J. Winterton**
**David J. Winterton 004142**
*Signature of Attorney*
**David Winterton & Associates, LTD**
**7881 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
**702-363-0317   Fax: 702-363-1630**
**autumn@davidwinterton.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re: **National Transportation Inc**, Debtor(s)

Case No.: 

Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **7235 Investments LLC** | | | **12.001%** |
| **Bradlee Downs** | | | **2.933%** |
| **James Gleich** | | | **39.600%** |
| **John Gilbert** | | | **2.933%** |
| **John Kindt** | | | **39.600%** |
| **Sean Devlin** | | | **2.933%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **February 10, 2022**

Signature: **/s/ James R. Gleich**
**James R. Gleich**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re: **National Transportation Inc**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 10, 2022**

**/s/ James R. Gleich**
**James R. Gleich**/**President**
Signer/Title

```
National Transportation Inc
9525 Hillwood Dr. Ste. 170
Las Vegas, NV 89134

David J. Winterton
David Winterton & Associates, LTD
7881 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89117

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89151-4010

CLARK COUNTY TREASURER
c/o Bankruptcy Clerk
BOX 551220
500 SOUTH GRAND CENTRAL PKWY
Las Vegas, NV 89155-1220

DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
Carson City, NV 89713

DEPT OF MOTOR VEHICLES
PUBLIC SAFETY RECORDS DIVISION
555 WRIGHT WAY
Carson City, NV 89711-0001

IRS
P.O. Box 7346
Philadelphia, PA 19101

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
Las Vegas, NV 89101

Social Security Administration
Regional Cheif Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105

United States Trustee
300 Las Vegas Blvd., S. #4300
Las Vegas, NV 89101-6637

9525 Hillwood LLC
1333 North Buffalo Drive, Suite 120
Las Vegas, NV 89128
```

```
Anthem Blue Cross and Blue Shield
PO BOX 51011 Los Angeles
Los Angeles, CA 90051

Berkovitch & Bouskila, PLLC
80 Broad St Suite 3303
New York, NY 10004

dBS (Bobby Gibson)
4053 Williford Way
Spring Hill, TN 37174

financed


Fora Financial
519 8th Ave FL 11
New York, NY 10018

John Kindt N/P
1417 Madrid Ave
Torrance, CA 90501

Ken Hancock N/P
640 Martis Peak Drive
Incline Village, NV 89451

Kindel Gagan
550 South Hope Street Suite 530
Los Angeles, CA 90071

Marc A. Jacobi & Associates
311 E Highway Street
Fredericksburg, TX 78624

NewCo Capital
 80 Broad St Suite 3303
New York, NY 10004

QUEST DIAGNOSTICS
P.O. BOX 740351
Cincinnati, OH 45274

Rice Reuther Sullivan & Carroll LLP
3800 Howard Hughes Parkway Suite 1200
Las Vegas, NV 89169

Rich Nolan
2341 Old Ranch Rd
Escondido, CA 92027

SDCRAA Ground Transportation
PO Box 81323
San Diego, CA 92108
```

```
T.J. Pantaleo
PO Box 4300
Burbank, CA 91503

Thomas & Josephine Herrschaft
8 Whitney Cir
Glen Cove, NY 11542

Zoom Video Communications
55 Almaden Blvd 6th Floor
San Jose, CA 95113
```

# United States Bankruptcy Court
### District of Nevada

In re  **National Transportation Inc**  
                Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **National Transportation Inc**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2022**  
Date

/s/ David J. Winterton  
**David J. Winterton 004142**  
Signature of Attorney or Litigant  
Counsel for  **National Transportation Inc**  
**David Winterton & Associates, LTD**  
**7881 W. Charleston Blvd.**  
**Suite 220**  
**Las Vegas, NV 89117**  
**702-363-0317 Fax:702-363-1630**  
**autumn@davidwinterton.com**