WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
John Samberg, (NV 10828)
200 S. Virginia Street, Suite 470
Reno, Nevada 89501
T: 775.853.6787 / F: 775.853.6774
jsamberg@wrslawyers.com

WINDELS MARX LANE & MITTENDORF, LLP
Rodman E. Honecker, Esq. (N.Y, 2589786)
(*Admitted Pro Hac Vice*)
156 West 56th Street
New York, N.Y. 10019
T: 212.237.1000 / F: 212.262.1215
rhonecker@windelsmarx.com

Attorneys for *Gold Coast Transportation Service LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>NATIONAL TRANSPORTATION, INC.<br><br>☒  Affects this Debtor, | Lead Case No.: 22-10456-nmc<br>**Chapter 11**<br><br>**CREDITOR GOLD COAST TRANSPORTATION SERVICE LLC'S NON-OPPOSITION AND COMMENT TO JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FRBP 9019**<br><br>Date of Hearing: June 1, 2022<br>Time of Hearing: 11:00 a.m. |
| In re:<br><br>NTI GROUND TRANS INC.,<br><br>☒  Affects this Debtor. | Jointly Administered with:<br><br>Case No.: 22-10458-nmc<br>Chapter 11 |
| In re:<br><br>NTI-CA INC.,<br><br>☒  Affects this Debtor. | Case No.: 22-10459-nmc<br>Chapter 11 |
| In re:<br><br>NTI-NV INC.,<br><br>☒  Affects this Debtor | Case No.: 22-10460-nmc<br>Chapter 11 |

Creditor Gold Coast Transportation Service LLC ("Gold Coast"), by and through their counsel of record, hereby respectfully submits their Non-Opposition and Comment to the Joint Motion to Approve Settlement Agreement Pursuant to FRBP 9019.

## I. **COMMENT**

Gold Coast has no objection to the settlement. Gold Coast notes for the record, however, that certain aspects of the settlement purport to concern non-debtor NTI-NY, Inc. ("NTI-NY").

Gold Coast is currently in litigation with Mr. Gleich and Mr. Kindt, and others, in a pending action venued in the Eastern District of New York, captioned as <u>Gold Coast Transportation Service LLC v. National Transportation Inc., et al.</u>, Case No. 2:21-cv-05396 DRH-JMW (the "EDNY Action").

A major part of the EDNY Action concerns the ownership of NTI-NY. In short, Gold Coast claims a 51% ownership interest in NTI-NY, whereas debtor National Transportation, Inc. ("NTI") claims a 51% ownership interest. Accordingly, the representation in the NTI Resolution appended in support of the motion that NTI is a 100% owner of NTI-NY is not true, and contradicted by the position taken by NTI, Mr. Gleich and Mr. Kindt, etc., in the EDNY Action.

Moreover, the parties to the proposed settlement agreement have no standing to bargain away the rights of Gold Coast in NTI-NY.

On the other hand, Gold Coast has no objection to NTI selling its own interest in NTI-NY (which Gold Coast claims is 49% of NTI-NY).

All other issues related to NTI-NY, including the issue of who owns the majority of NTI-NY, should be left for determination in the EDNY Action.

///
///
///
///
///
///
///

## II. CONCLUSION

Gold Coast Transportation Service LLC hereby requests that the Court take into consideration it's comments as stated above.

May 26, 2022                    WINDELS MARX LANE & MITTENDORF, LLP

By:   */s/ Rodman E. Honecker*
      Rodman E. Honecker (NY 2589786)
      *Admitted Pro Hac Vice*
      156 West 56th Street
      New York, NY 10019

May 26, 2022                    WOLF, RIFKIN SHAPIRO,
                                SCHULMAN & RABKIN, LLP

By:   */s/ John Samberg*
      John Samberg (SBN 10828)
      200 S. Virginia Street, Suite 470
      Reno, Nevada 89501
      *Attorneys for Gold Coast Transportation Service LLC*

-3-

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **CREDITOR GOLD COAST TRANSPORTATION SERVICE LLC'S NON-OPPOSITION AND COMMENT TO JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FRBP 9019**

XX    by Court's CM/ECF Program

Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____    by U.S. Mail

_____    by Electronic Mail

_____    by Hand Delivery

DATED this 26th day of May, 2022

/s/ Laura Simar
Laura Simar, an Employee of
Wolf, Rifkin, Shapiro,
Schulman & Rabkin, LLP