James E. Whitmire, Esq. (NSBN 6533)
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89134
Telephone: (702) 948-8771
jwhitmire@santoronevada.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for John Kindt*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NATIONAL TRANSPORTATION INC.,<br><br>☒ Affects this Debtor. | **Lead Case No.:** 22-10456-nmc<br>**Chapter 11**<br><br>**REPLY IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FRBP 9019**<br><br>**Date of Hearing:** June 1, 2022<br>**Time of Hearing:** 9:30 a.m. |
| In re:<br><br>NTI GROUND TRANS INC.,<br><br>☒ Affects this Debtor. | **Jointly Administered with:**<br><br>Case No.: 22-10458-nmc<br>Chapter 11 |
| In re:<br><br>NTI-CA INC.,<br><br>☒ Affects this Debtor. | Case No.: 22-10459-nmc<br>Chapter 11 |
| In re:<br><br>NTI-NV INC.,<br><br>☒ Affects this Debtor. | Case No.: 22-10460-nmc<br>Chapter 11 |

John Kindt ("<u>Kindt</u>" or "<u>Plaintiff</u>"), through his undersigned attorneys, submits this Reply in support of the *Joint Motion to Approve Settlement Agreement Pursuant to FRBP 9019* [ECF

No. 122] (the "Motion").  The Settlement Agreement, and attachments, have been signed by Kindt and Booty Green LLC, a Pennsylvania limited liability company, including its members.  The signature pages need to be compiled as is permitted in the terms of the Settlement Agreement. As a result, the Court should overrule any oppositions or objections and approve the Motion and Settlement Agreement in their entirety.

Dated this 31st day of May, 2022.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

James E. Whitmire, Esq.
Nevada Bar No. 6533
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
jwhitmire@santoronevada.com

*Attorneys for John Kindt*